## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Maria Lourdes Dozal-Estrada, | ) | |
| a/k/a Lourdes Estrada, | ) | Case No.  1:08-mj-048 |
| | ) | |
| Defendant. | ) | |

_____

On October 31, 2008, the court received a Waiver of Detention Hearing executed by the Defendant as well as by defense counsel.

The court finds that the Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived her right to a detention hearing and consented to be detained pending final disposition of this matter.

Accordingly, the court **GRANTS** the Government's Motion for Detention and **FURTHER ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 31st day of October, 2008.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge